(Official Form 1) (9/01)

| FORM B1 | United States Bankruptcy Court<br>Southern District of New York | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EREC Subsidiary I, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**N/A** | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**01-0599698** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**444 S. Flower Street, Suite 4545**<br>**Los Angeles, CA 90071-2946** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business:<br>**Los Angeles County, California** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**N/A** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **Principal assets are located at the above address.** ||

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☒ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) | | |
|---|---|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7 | ☒ Chapter 11 | ☐ Chapter 13 |
| ☐ Corporation | ☐ Stockbroker | ☐ Chapter 9 | ☐ Chapter 12 | |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding | | |
| ☒ Other – Limited Liability Company | | | | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ☒ Business | ☒ Full Filing Fee attached |
| **Chapter 11 Small Business** (Check all boxes that apply) | | ☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| ☐ Debtor is a small business as defined in 11 U.S.C. § 101 | | |
| ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | | |

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☒ (NONE) | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets (as of February 19, 2002) | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts (as of February 19, 2002) | | | | | | | |
|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **EREC Subsidiary I, LLC** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)** | | |
| Location Where Filed: **N/A** | Case Number: **N/A** | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
| Name of Debtor: **See Attachment A** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☒ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)    Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes and Exhibit C is attached and made a part of this petition.
☒ No

**Signature of Attorney**

X /s/ Brian S. Rosen
Signature of Attorney for Debtor(s)

| Brian Rosen | Melanie Gray |
|---|---|
| Weil, Gotshal & Manges LLP | Weil, Gotshal & Manges LLP |
| 767 Fifth Avenue | 700 Louisiana, Suite 1600 |
| New York, New York 10153 | Houston, Texas 77002 |
| Telephone: (212) 310-8000 | Telephone: (713) 546-5000 |

February 20, 2002
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Adam S. Umanoff
Signature of Authorized Individual

**Adam S. Umanoff**
Printed Name of Authorized Individual

**President & Chief Executive Officer**
Title of Authorized Individual

February 20, 2002
Date

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

WEIL, GOTSHAL & MANGES LLP
Attorneys For The Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Martin J. Bienenstock (MB 3001)
Brian S. Rosen (BR 0571)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
:
In re                                    :    **Chapter 11 Case No.**
:
EREC SUBSIDIARY I, LLC,                  :    02-_____ (AJG)
:
:
**Debtor.**                              :
--------------------------------------------------------------- x

# EXHIBIT "A" TO VOLUNTARY PETITION

1.  If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, provide SEC file number: N/A

2.  The following financial data is the latest available information and refers to the debtor's financial condition on February 19, 2001.

    | | | |
    |---|---|---|
    | (a) Total Assets | $ | -0- |
    | (b) Total Debts (including debts listed in 2.c. below) | $ | -0-[1] |
    | (c) Debt securities held by more than 500 holders: | | -0- |
    | (d) Number of shares of preferred stock | | N/A |
    | (e) Number of shares of common stock | | N/A |

    Comments, if any:

3.  Brief description of debtor's business:

    EREC Subsidiary I. LLC ("EREC Sub. I") was formed to consolidate the assets of certain U.S. affiliates for federal tax purposes.

---

[1] This amount does not reflect off-balance sheet and contingent obligations.

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of the debtor:

    (a)      Enron Renewable Energy Corp.      100% Membership Interest

# ATTACHMENT A TO VOLUNTARY PETITION
# PENDING BANKRUPTCIES FILED BY AFFILIATES

On December 2, 2001, or as noted below, each of the Enron Corp.'s affiliated entities listed below filed in this Court a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"):

| **DEBTOR:** | **CASE NO.** | **DATE FILED** |
|---|---|---|
| 1. Enron Metals & Commodity | 01-16033 | 12/2/2001 |
| 2. Enron Corp. | 01-16034 | 12/2/2001 |
| 3. Enron North America Corp. | 01-16035 | 12/2/2001 |
| 4. Enron Power Marketing, Inc. | 01-16036 | 12/2/2001 |
| 5. PBOG Corp. | 01-16037 | 12/2/2001 |
| 6. Smith Street Land Company | 01-16038 | 12/2/2001 |
| 7. Enron Broadband Services, Inc. | 01-16039 | 12/2/2001 |
| 8. Enron Energy Services Operations, Inc. | 01-16040 | 12/2/2001 |
| 9. Enron Energy Marketing Corp. | 01-16041 | 12/2/2001 |
| 10. Enron Energy Services, Inc. | 01-16042 | 12/2/2001 |
| 11. Enron Energy Services L.L.C. | 01-16043 | 12/2/2001 |
| 12. Enron Transportation Services Company | 01-16044 | 12/2/2001 |
| 13. BAM Lease Company | 01-16045 | 12/2/2001 |
| 14. ENA Asset Holdings, L.P. | 01-16046 | 12/2/2001 |
| 15. Enron Gas Liquids, Inc. | 01–16048 | 12/3/2001 |
| 16. Enron Global Markets LLC | 01-16076 | 12/4/2001 |
| 17. Enron Net Works L.L.C. | 01-16078 | 12/4/2001 |
| 18. Enron Industrial Markets LLC | 01-16080 | 12/4/2001 |
| 19. Operational Energy Corp. | 01-16109 | 12/6/2001 |
| 20. Enron Engineering & Construction Company | 01-16110 | 12/6/2001 |
| 21. Enron Engineering and Operational Services Company | 01-16111 | 12/6/2001 |
| 22. Garden State Paper Company, LLC | 01-16280 | 12/17/2001 |
| 23. Palm Beach Development Company, L.L.C. | 01-16319 | 12/18/2001 |
| 24. Tenant Services, Inc. | 01-16428 | 12/20/2001 |
| 25. Enron Energy Information Solutions, Inc. | 01-16429 | 12/21/2001 |
| 26. EESO Merchant Investments, Inc. | 01-16430 | 12/21/2001 |
| 27. Enron Federal Solutions, Inc. | 01-16431 | 12/21/2001 |
| 28. Enron Freight Markets Corp. | 01-16467 | 12/21/2001 |
| 29. Enron Broadband Services, L.P. | 01-16483 | 12/24/2001 |
| 30. Enron Energy Services North America, Inc. | 02-10007 | 1/2/2002 |
| 31. Enron LNG Marketing LLC | 02-10038 | 1/4/2002 |
| 32. Calypso Pipeline, LLC | 02-10059 | 1/7/2002 |
| 33. Enron Global LNG LLC | 02-10060 | 1/7/2002 |
| 34. Enron International Fuel Management Company | 02-10061 | 1/7/2002 |
| 35. Enron Natural Gas Marketing Corp. | 02-10132 | 1/11/2002 |
| 36. ENA Upstream Company LLC | 02-10232 | 1/17/2002 |
| 37. Enron Liquid Fuels, Inc. | 02-10252 | 1/18/2002 |
| 38. Enron LNG Shipping Company | 02-10346 | 1/24/2002 |
| 39. Enron Property & Services Corp. | 02-10464 | 2/1/2002 |
| 40. Enron Capital & Trade Resources International Corp. | 02-10613 | 2/11/2002 |
| 41. Enron Communications Leasing Corp. | 02-10632 | 2/12/2002 |

On December 3, 2001, the initial Debtor entities collectively filed a motion seeking entry of a order jointly administering and consolidating for administrative purposes only these chapter 11 cases. Such order was entered by the Court on December 3, 2001.

WEIL, GOTSHAL & MANGES LLP
Attorneys For The Debtors
767 Fifth Avenue
New York, New York 10153
(212) 310-8000
Martin J. Bienenstock (MB 3001)
Brian S. Rosen (BR 0571)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
-----------------------------------------------------------------x
                                          :
In re                                     :    Chapter 11 Case No.
                                          :
EREC SUBSIDIARY I, LLC,                   :    02-_____ (AJG)
                                          :
                                          :
                Debtor.                   :
-----------------------------------------------------------------x
```

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is a list of the Debtor's creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. The list also does not include holders of contingent or unliquidated claims, claims held by any of the Debtor's employees, or intercompany claims.

    The claim amounts are as of February 19, 2002.

|     | (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|-----|
|     | *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |
| 1.  | Not Applicable | | | | |
| 2.  | | | | | |
| 3.  | | | | | |
| 4.  | | | | | |
| 5.  | | | | | |
| 6.  | | | | | |
| 7.  | | | | | |
| 8.  | | | | | |
| 9.  | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| 13. | | | | | |
| 14. | | | | | |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, the undersigned authorized agent of the corporation named as the Debtor in this case, declare under penalty of perjury that I have read the foregoing "List of Creditors Holding 20 Largest Unsecured Claims" and that it is true and correct to the best of my knowledge, information and belief.

Dated: February 20, 2002

**EREC SUBSIDIARY I, LLC**

By: /s/ Adam S. Umanoff

Name: Adam S. Umanoff

Title: President & Chief Executive Officer

# UNANIMOUS WRITTEN CONSENT

# OF THE

# BOARD OF DIRECTORS

# OF

# ENRON RENEWABLE ENERGY CORP.

THE UNDERSIGNED, being all of the members of the Board of Directors of Enron Renewable Energy Corp., a Delaware corporation (the "Corporation"), pursuant to Section 141(f) of the Delaware General Corporation Law, do hereby waive notice of meeting and consent to the adoption of the following resolutions in lieu of a special meeting of the Directors of the Corporation and authorize the taking of all actions specified therein.

This written consent may be executed in any number of counterparts, each of which shall be deemed an original, but all of which together shall constitute one instrument. Each counterpart may consist of a number of copies each signed by less than all, but together signed by all, the parties hereto.

WHEREAS, the directors of the Corporation have determined to establish six (6) single member limited liability companies, with the Corporation as the sole member thereof, under the laws of the State of California (the "LLCs"), with the names and other characteristics of the LLCs being determined by any Authorized Officer (as defined below);

WHEREAS, the directors of the Corporation have determined that the Corporation, in its capacity as the sole member of each of the LLCs, will cause the LLCs to file petitions under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), as more fully herein described.

NOW THEREFORE BE IT RESOLVED, that the LLCs are hereby authorized to file petitions seeking relief under the provisions of the Bankruptcy Code;

RESOLVED, that the president and each vice president of the Corporation and each other authorized officer of the Corporation (each, an "Authorized Officer") are, and each of them is, hereby authorized and empowered on behalf of, and in the name of, the Corporation, in its capacity as sole member of each of the LLCs, to execute and verify or certify a petition under chapter 11 of the

Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said officer executing the same shall determine;

RESOLVED, that each of the Authorized Officers, and such other officers of the Corporation as any of the Authorized Officers shall from time to time designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation, in its capacity as sole member of each of the LLCs, to execute and file all petitions, schedules, lists and other papers and to take any and all action that any of the Authorized Officers may deem necessary or proper in connection with the chapter 11 case;

RESOLVED, that each of the Authorized Officers, and such other officers of the Corporation as any of the Authorized Officers shall from time to time designate, be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Corporation, in its capacity as sole member of each of the LLCs, to execute any and all plans under chapter 11 of the Bankruptcy Code, including any and all modifications, supplements, and amendments thereto, in such form and containing such terms as the Board of Directors shall hereafter approve, and to cause the same to be filed in the United States Bankruptcy Court for the Southern District of New York at such time as said officer executing the same shall determine;

RESOLVED, that the law firm of Weil, Gotshal & Manges LLP, with principal offices at 767 Fifth Avenue, New York, New York 10153, and regional offices at, among others, 700 Louisiana, Suite 1600, Houston, Texas 77002, and 100 Crescent Court, Suite 1300, Dallas, Texas 75201, be employed as attorney for the LLCs in the LLCs' chapter 11 cases under a general retainer;

RESOLVED, that each of the Authorized Officers be, and hereby is, authorized and empowered on behalf of, and in the name of, the Corporation, in its capacity as sole member of each of the LLCs, to retain and employ other attorneys, investment bankers, accountants, and other professionals to assist in the LLCs' chapter 11 cases on such terms as such Authorized Officer deems necessary or proper;

RESOLVED, that other Authorized Officers be, and hereby are, authorized to execute, or join in the execution of, documents and agreements on behalf of the Corporation, in its capacity as sole member of each of the LLCs, to attest or deliver certificates on behalf of the Corporation, in its capacity as sole member of each of the LLCs, or to take such additional action on behalf of the Corporation, in its capacity as sole member of each of the LLCs, as the Authorized Officers have deemed appropriate relating to any such document that the Authorized Officers have been authorized to execute on behalf of the

Corporation, in its capacity as sole member of each of the LLCs, pursuant to the foregoing resolutions; and

   RESOLVED, that the authority given hereunder shall be deemed retroactive and any and all acts relating to the foregoing resolutions performed prior to the passage of the foregoing resolutions by any of the directors or officers of the Corporation, be and hereby are, ratified, confirmed and approved in all respects.

IN WITNESS WHEREOF, the undersigned directors have executed this Unanimous Written Consent as of the 20th day of February, 2002.

/s/ Robert H. Walls, Jr.

Robert H. Walls, Jr.

/s/ Stanley C. Horton

Stanley C. Horton